```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                      Case No. 18-22421-C
James Allan Vosburg                                         Chapter 7
Melissa Erin Vosburg
        Debtors                       CERTIFICATE OF NOTICE

District/off: 0972-2           User: tsef                   Page 1 of 2              Date Rcvd: Aug 17, 2018
                               Form ID: 318                 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db/jdb         +James Allan Vosburg,   Melissa Erin Vosburg,   12020 Norman Ave,   Stockton, CA 95215-1711
aty            +Peter G. Macaluso,   7230 South Land Park Drive #127,   Sacramento, CA 95831-3658
22421763      ++ACCOUNT CONTROL TECHNOLOGY,    21700 OXNARD STREET,   SUITE 1400,   WOODLAND HILLS CA 91367-3636
                (address filed with court: Account Control Technologies Inc,    21700 Oxnard St Ste 1400,
                Dept 115361099 - NITD,   Woodland Hills CA 91367)
22421764       +AT T wireless,   8014 Bayberry Rd,   Jacksonville FL 32256-7412
22421768        Enhanced Recovery Company LLC,   P O Box 23870,   Jacksonville FL 32241-3870
22421761       +Equifax Information Services LLC,   PO Box 740256,   Atlanta GA 30374-0256
22421760       +Experian,   PO Box 4500,   Allen TX 75013-1311
22421772      #+Midwest Recovery Systems,   2747 W Clay ste A,   Saint Charles MO 63301-2557
22421773       +Rash Curtis And Associates,   PO Box 5790,   Vacaville CA 95696-5790
22421778      ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap-On Credit,   950 technology way ste 301,
                Libertyville IL 60048)
22421774       +San Joaquin County,   Treasurer - Tax Collector,   Revenue Recovery Division,   350 E Weber Ave,
                Stockton CA 95202-2708
22421775       +San Joaquin County Revenue Recovery,   350 East Weber Ave,   Stockton CA 95202-2708
22421777       +Secretary Of The Treasury,   Chief Counsel Region IX,   1500 Pennsylvania Ave NW,
                Washington DC 20220-0001
22421762       +TransUnion LLC,   Consumer Dispute Center,   PO Box 2000,   Chester PA 19016-2000
22421783      ++U S DEPARTMENT OF EDUCATION,   P O BOX 5609,   GREENVILLE TX 75403-5609
                (address filed with court: US Department Of Education,   Bankruptcy Section,
                50 Beale Street Suite 900,   San Francisco CA 94105-1863)
22421781       +United States Attorney,   For Internal Revenue Service,   501 I Street 10-100,
                Sacramento CA 95814-7306
22421782       +United States Dept Of Justice,   Civil Trial Section W Region,   Box 683 Ben Franklin Station,
                Washington DC 20044-0683
22421784       +Veros Credit,   2333 N Broadway Ste 130,   Santa Ana CA 92706-1641
22421766       +bank of west,   6700 centinela blvd 3r,   culver city CA 90230-6304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QGRFARRAR.COM Aug 18 2018 06:38:00      Gary Farrar,   PO Box 576097,
                Modesto, CA 95357-6097
smg             EDI: EDD.COM Aug 18 2018 06:38:00      Employment Development Department,
                Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Aug 18 2018 06:38:00      Franchise Tax Board,   PO Box 2952,
                Sacramento, CA  95812-2952
22421765       +E-mail/Text: bknotices@bankofthewest.com Aug 18 2018 03:04:32      Bank Of The West,
                180 Montgomery Street,   San Francisco CA 94104-4297
22421767        EDI: ECMC.COM Aug 18 2018 06:38:00      Ecmc,   PO Box 64909,   St Paul MN 55164-0909
22421769        EDI: CALTAX.COM Aug 18 2018 06:38:00      Franchise Tax Board,   Bankruptcy Section MS A340,
                PO Box 2952,   Sacramento CA 95812-2952
22421771       +EDI: IRS.COM Aug 18 2018 06:38:00      Internal Revenue Service,   Insolvency Group SA 5210,
                4330 Watt Avenue,   Sacramento CA 95821-7000
22421776       +E-mail/Text: dleos@sjgov.org Aug 18 2018 03:04:42      San Joaquin County Tax Collector,
                44 N San Joaquin St 150,   Stockton CA 95202-2924
22421779       +E-mail/Text: bankruptcy@speedyinc.com Aug 18 2018 03:03:40      Speedycash,   Attn Bankruptcy,
                P O Box 780408,   Wichita KS 67278-0408
22421780        E-mail/Text: bkyelectnotices@tgslc.org Aug 18 2018 03:04:45      TG,   PO Box 83100,
                Round Rock TX 78683-3100
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22421770*       Internal Revenue Service,   P O Box 7346,   Philadelphia PA 19101-7346
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0972-2           User: tsef              Page 2 of 2           Date Rcvd: Aug 17, 2018
                               Form ID: 318            Total Noticed: 29
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James Allan Vosburg** | Social Security number or ITIN    **xxx−xx−0547** |
| | First Name    Middle Name    Last Name | EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 | **Melissa Erin Vosburg** | Social Security number or ITIN    **xxx−xx−5870** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of California** | | |
| Case number:    **18−22421** | | |

# Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Allan Vosburg  
12020 Norman Ave  
Stockton, CA 95215

Melissa Erin Vosburg  
12020 Norman Ave  
Stockton, CA 95215

Dated:  
8/17/18

For the Court,  
Wayne Blackwelder , Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**